■ In the Matter of JANE CALLAHAN, Respondent, v FRANCIS J. RUSSO, Candidate, Appellant, and RONALD J. STARKWEATHER et al., Constituting the Monroe County Board of Elections, Respondents.—Order unanimously reversed without costs and petition dismissed. Memorandum: Respondent Russo's motion to dismiss the petition should have been granted since the petition was unverified. The Election Law requirement of a verified petition is a jurisdictional condition precedent to commencing a proceeding. *(Matter of Goodman v Hayduk,* 45 NY2d 804). (Appeal from order of Supreme Court, Monroe County, Curran, J.—Election Law.) Present—Callahan, J. P., Green, Pine, Balio and Lawton, JJ. (Order entered Aug. 21, 1986.)

■ MARTIN P. BORYSZAK et al., Respondents, v EDWARD J. MAHONEY et al., Constituting the Board of Elections of the County of Erie, et al., Appellants.—Order unanimously reversed without costs and petition dismissed. Memorandum: Strict compliance with Election Law § 6-132 is required where issues of the content of the petition are involved *(see, Matter of Hutson v Bass,* 54 NY2d 772, 774). There was not strict compliance here because the designee's name written on the petition as circulated was similar, but not identical, to the name of the candidate *(see, Matter of Ryan v Board of Elections,* 53 NY2d 515; *Tsakos v Erie County Bd. of Elections,* 83 AD2d 983, *lv denied* 54 NY2d 604). (Appeals from order of Supreme Court, Erie County, Wolf, J.—Election Law.) Present—Callahan, J. P., Green, Pine, Balio and Lawton, JJ. (Order entered Aug. 21, 1986.)